# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:22-CV-00296-JRG-RSP <br> NOKIA CORPORATION, NOKIA § <br> SOLUTIONS AND NETWORKS OY, and § <br> NOKIA OF AMERICA CORPORATION, § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion to Dismiss Without Prejudice (the "Motion") filed by Plaintiff Smart Path Connections, LLC ("Plaintiff"). (Dkt. No. 46.) In the Motion, Plaintiff moves to dismiss Defendants Nokia Corporation and Nokia Solutions and Networks Oy without prejudice. (*Id*. at 1.) The Motion is unopposed. (*Id*. at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all pending claims between Plaintiff and Defendants Nokia Corporation and Nokia Solutions and Networks Oy are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall maintain the above-captioned case as **OPEN** in light of the remaining parties and claims. The Clerk of Court is further **ORDERED** to remove Nokia Corporation and Nokia Solutions and Networks Oy from the case caption.

**So ORDERED and SIGNED this 27th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE