# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SMART PATH CONNECTIONS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00296-JRG-RSP |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Now before the Court is Plaintiff Smart Path Connections, LLC's Motion for Leave to Supplement Opening Expert Report. (**Dkt. No. 195**.) Noting the impending pretrial conference, the Court **ORDERS** defendants to file a response, if any, by February 12, 2024. The motion will be argued at the pretrial conference if time permits.

**SIGNED this 31st day of January, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE