# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> NOKIA CORPORATION, NOKIA § <br> SOLUTIONS AND NETWORKS OY, § <br> AND NOKIA OF AMERICA § <br> CORPORATION, § <br> § <br> *Defendants.* | Case No. 2:22-cv-00296-JRG-RSP |

## ORDER

Now before the Court is Nokia's Second Motion for Extension of Time for Israeli Discovery and for Continuance. (**Dkt. No. 199**.) Noting the impending pretrial conference, the Court **ORDERS** plaintiff to file a response, if any, by February 12, 2024. The motion will be argued at the pretrial conference if time permits.

**SIGNED this 6th day of February, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE