UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION



| SMART PATH CONNECTIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:22-cv-296-JRG-RSP |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION, | § |
| *Defendants*. | § |

# PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff Smart Path Connections, LLC ("Plaintiff" or "SPC") submits the following list of witnesses that it expects to present at trial and those that it may call at trial if the need arises (either in person, through deposition designations, or through video-taped deposition).

Plaintiff submits this witness list without waiving any of its rights, including the right to supplement or amend the list. Plaintiff also may call as a witness any person identified on the witness list submitted by Defendant. Plaintiff also may call witnesses not included on this list in rebuttal. The inclusion of witnesses on this list is subject to Plaintiff's motions to exclude, Plaintiff's motions *in limine*, and other pretrial motions.

| WITNESS | Will Call Live | May Call Live | May Call By Deposition |
|---|---|---|---|
| Aissaoui, Mustapha | | | X |
| Allison, Richard | | | X |
| Bergeon, Philippe | X | | X |
| Binder, Yehuda | | | X |
| Cole, Eric | X | | |

| WITNESS | Will Call Live | May Call Live | May Call By Deposition |
|---|---|---|---|
| Dell, Stephen | X | | |
| Desveaux, Herve | | | X |
| Jakab, Jeff | X | | X |
| Nothaft, Alfred | | | X |
| Patel, Dhiren | | | X |
| Pitcock, Jeremy | X | | |
| Tamir, Izhak | X | | |
| Valerdi, Ricardo | X | | |
| Valley, Jeff | X | | |

Dated: <u>February 7, 2024</u>

Respectfully submitted,

*/s/ Joshua J. Bennett*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@carterarnett.com
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com
Joshua J. Bennett
Texas Bar No. 24059444
jbennett@carterarnett.com
Michael C. Pomeroy
Texas Bar No. 24098952
mpomeroy@carterarnett.com
Monica L. Goff
Texas Bar No. 24102101
mgoff@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all counsel of record.

*/s/ Joshua J. Bennett*
Joshua J. Bennett