IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Case No. 2:22-CV-00296-JRG-RSP <br> § <br> NOKIA OF AMERICA CORPORATION § <br> § <br> *Defendant*. § <br> § | |

### ORDER

Smart Path Connections, LLC previously filed a Motion for Summary Judgment on Certain of Nokia's Affirmative Defenses (Dkt. No. 113.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 249), recommending granting-in-part of the motion. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, it is **ADOPTED** and the Motion (Dkt. No. 113) is **GRANTED-IN-PART** and **DENIED-IN-PART** as indicated in the Report and Recommendation.

**So ORDERED and SIGNED this 28th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE