IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS, LLC, § <br> §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>NOKIA OF AMERICA CORPORATION §<br>§<br>*Defendant.* § | Case No. 2:22-CV-00296-JRG-RSP |

**ORDER**

Nokia previously filed a Motion for Partial Summary Judgment of No Pre-suit Indirect Infringement or Willful Infringement (Dkt. No. 115.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 251), recommending granting-in-part of Nokia's motion. Nokia has now filed Objections (Dkt. No. 268).

After conducting a *de novo* review of the briefing on the motion, the Report and Recommendation, and the briefing on Nokia's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Nokia Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 115) is granted as to pre-suit willfulness and denied as to indirect infringement, as discussed in the Report and Recommendation.

So ORDERED and SIGNED this 28th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE