IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> NOKIA OF AMERICA CORPORATION § <br> § <br> *Defendant.* § <br> § | Case No. 2:22-CV-00296-JRG-RSP |

## ORDER

Nokia previously filed a Motion for Partial Summary Judgment of Non-Infringement of Asserted Claims of U.S. Patent No. 7,697,525 (Dkt. No. 116.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 252), recommending granting Nokia's motion. Smart Path has now filed Objections (Dkt. No. 269).

After conducting a *de novo* review of the briefing on the motion, the Report and Recommendation, and the briefing on the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Smart Path's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment (Dkt. No. 116) is **GRANTED**.

**So ORDERED and SIGNED this 28th day of March, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE