IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SMART PATH CONNECTIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-CV-00296-JRG-RSP |
| NOKIA OF AMERICA CORPORATION | § § § | |
| *Defendant*. | § § § | |

## ORDER

Nokia previously filed a Motion for Partial Summary Judgment of Non-Infringement Under the Doctrine of Equivalents (Dkt. No. 117.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 253), recommending granting Nokia's motion. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED** and the Motion for Partial Summary Judgment (Dkt. No. 117) is **GRANTED**.

**So ORDERED and SIGNED this 28th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE