IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SMART PATH CONNECTIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-CV-00296-JRG-RSP |
| NOKIA OF AMERICA CORPORATION | § § § | |
| *Defendant*. | § § § | |

## ORDER

SPC previously filed a Motion for Partial Summary Judgment Regarding Nokia's Defense of Lack of Marking (Dkt. No. 121.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 200), recommending denial of SPC's motion. SPC has now filed Objections (Dkt. No. 227), with Nokia filing a Response (Dkt. No. 236.)

After conducting a *de novo* review of the briefing on the motion, the Report and Recommendation, and the briefing on SPC Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** SPC Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 121) is **DENIED**.

So ORDERED and SIGNED this 28th day of March, 2024.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE