IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS LLC | § |
| | § |
| v. | §   CASE NO. 2:22-CV-00296-JRG-RSP |
| | § |
| NOKIA OF AMERICA CORPORATION | § |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 1, 2024

**OPEN:** 09:04 AM  **ADJOURN:** 05:36 PM

ATTORNEYS FOR PLAINTIFF:   See attached

ATTORNEYS FOR DEFENDANT:   See attached

LAW CLERKS:   Christian Tatum
Joshua Scheufler
Dylan Freeman

COURT REPORTER:   Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:04 AM | Court opened. |
| 09:05 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:17 AM | Court called for announcements from the parties. |
| 09:18 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:27 AM | Prospective Jurors began introduction of themselves. |
| 09:52 AM | Court provided additional instructions to Jury Pool. |
| 09:55 AM | *Voir dire* on behalf of Plaintiff by Mr. Bennett. |
| 10:23 AM | *Voir dire* on behalf of Defendant by Mr. Dacus. |
| 10:52 AM | Bench conference with counsel. |
| 10:54 AM | Bench conference concluded. |
| 10:54 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 10:57 AM | Remainder of Jury Pool recessed. |
| 10:58 AM | Counsel approached bench. |
| 10:59 AM | Strike conference began with specifically named juror(s). |
| 11:20 AM | Strike conference concluded. Attorneys excused to exercise strikes. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:20 AM | Recess. |
| 11:50 AM | Court reconvened. |
| 11:51 AM | Instructions given by the Court.  Jurors selected. |
| 11:56 AM | Remainder of Jury Pool excused. |
| 11:57 AM | Jurors sworn. |
| 11:58 AM | Additional instructions given by the Court. |
| 12:12 PM | Jury recessed for lunch. |
| 12:13 PM | Recess. |
| 12:52 PM | Court reconvened. |
| 12:52 PM | Jury returned to courtroom. |
| 12:53 PM | Court gave preliminary instructions to Jury. |
| 01:32 PM | Notebooks provided to Jury. |
| 01:32 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:46 PM | Rule invoked to exclude expert witnesses. |
| 01:47 PM | Plaintiff's opening statement by Ms. Stahl. |
| 02:18 PM | Defendant's opening statement by Mr. Dacus. |
| 02:46 PM | Opening statements concluded. |
| 02:47 PM | Jury recessed for break. |
| 02:48 PM | Recess. |
| 03:08 PM | Court reconvened. |
| 03:10 PM | Jury returned to courtroom. |
| 03:10 PM | Plaintiff's case-in-chief: |
| 03:10 PM | Witness sworn. |
| 03:11 PM | Direct examination of Mr. Izhak Tamir by Mr. Bennett. |
| 03:38 PM | Without objection, Court admitted Plaintiff's Exhibit 25-4. |
| 03:38 PM | Continuation direct examination of Mr. Izhak Tamir by Mr. Bennett. |
| 03:39 PM | Without objection, Court admitted Plaintiff's Exhibit 25-1. |
| 03:40 PM | Continuation direct examination of Mr. Izhak Tamir by Mr. Bennett. |
| 03:40 PM | Without objection, Court admitted Plaintiff's Exhibit 25-5. |
| 03:40 PM | Continuation direct examination of Mr. Izhak Tamir by Mr. Bennett. |
| 03:45 PM | Without objection, Court admitted Plaintiff's Exhibit 25-2. |
| 03:45 PM | Continuation direct examination of Mr. Izhak Tamir by Mr. Bennett. |
| 03:46 PM | Without objection, Court admitted Plaintiff's Exhibit 25-3. |
| 03:46 PM | Continuation direct examination of Mr. Izhak Tamir by Mr. Bennett. |
| 04:03 PM | Jury recessed for break. |
| 04:04 PM | Recess. |
| 04:15 PM | Court reconvened. |
| 04:16 PM | Discussion held re: introduction of Defendant's Exhibit DX 0036. |
| 04:17 PM | Jury returned to courtroom. |
| 04:18 PM | Cross examination of Mr. Izhak Tamir by Mr. Haynes. |
| 04:57 PM | Without objection, Court admitted Defendant's Exhibit DX 37(a). |
| 04:58 PM | Continuation cross examination of Mr. Izhak Tamir by Mr. Haynes. |
| 05:01 PM | Court provided explanation to Jury re: physical evidence Exhibit DX 0036 and read into the record the parties' stipulation re: same. |
| 05:02 PM | Physical version of Defendant's Exhibit DX 0036 provided to Mr. Izhak Tamir. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:02 PM | Continuation cross examination of Mr. Izhak Tamir by Mr. Haynes. |
| 05:06 PM | Redirect examination of Mr. Izhak Tamir by Mr. Bennett. |
| 05:30 PM | Recross examination of Mr. Izhak Tamir by Mr. Haynes. |
| 05:32 PM | Completion of testimony of Mr. Izhak Tamir. |
| 05:33 PM | Court provided instructions to the Jury. |
| 05:34 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 05:35 PM | Court reminded the parties to continue with their meet and confer obligations. Court will be available by 7:30 AM tomorrow morning to take up any overnight disputes. |
| 05:36 PM | Court adjourned. |