# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SMART PATH CONNECTIONS LLC** | § <br> § |
| v. | §    CASE NO. 2:22-CV-00296-JRG-RSP <br> § |
| **NOKIA OF AMERICA CORPORATION** | § <br> § |

**MINUTES FOR JURY TRIAL DAY NO. 2**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
April 2, 2024

**OPEN: 08:25 AM**                        **ADJOURN: 05:47 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Christian Tatum <br> Joshua Scheufler <br> Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:25 AM | Court opened. |
| 08:26 PM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:28 AM | Continuation Plaintiff's case-in-chief: |
| 08:28 AM | Witness sworn. |
| 08:29 AM | Direct examination of Mr. Jeremy Pitcock by Mr. Liddle. |
| 08:36 AM | Bench conference. |
| 08:38 AM | Bench conference concluded. |
| 08:38 AM | Continuation direct examination of Mr. Jeremy Pitcock by Mr. Liddle. |
| 08:44 AM | Cross examination of Mr. Jeremy Pitcock by Mr. Dacus. |
| 08:51 AM | Bench conference. |
| 08:52 AM | Bench conference concluded. |
| 08:52 AM | Continuation cross examination of Mr. Jeremy Pitcock by Mr. Dacus. |
| 09:00 AM | Bench conference. |
| 09:01 AM | Bench conference concluded. |
| 09:01 AM | Continuation cross examination of Mr. Jeremy Pitcock by Mr. Dacus. |
| 09:11 AM | Completion of testimony of Mr. Jeremy Pitcock. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:11 AM | Witness sworn. |
| 09:12 AM | Direct examination of Mr. Jeffrey Valley (adverse witness) by Mr. Bennett. |
| 09:22 AM | **Courtroom sealed**. |
| 09:22 AM | Continuation direct examination of Mr. Jeffrey Valley (adverse witness) by Mr. Bennett. |
| 09:34 AM | **Courtroom unsealed**. |
| 09:34 AM | Continuation direct examination of Mr. Jeffrey Valley (adverse witness) by Mr. Bennett. |
| 09:46 AM | Bench conference. |
| 09:48 AM | Bench conference concluded. |
| 09:48 AM | Continuation direct examination of Mr. Jeffrey Valley (adverse witness) by Mr. Bennett. |
| 09:50 AM | Jury recessed for break. |
| 09:51 AM | Recess. |
| 10:01 AM | Court reconvened. |
| 10:01 AM | Court made rulings as set forth in the record re: previously CARRIED objection raised in an overnight dispute. |
| 10:02 AM | Jury returned to courtroom. |
| 10:03 AM | Cross examination of Mr. Jeffrey Valley (adverse witness) by Mr. Haynes. |
| 11:21 AM | **Courtroom sealed**. |
| 11:22 AM | Continuation cross examination of Mr. Jeffrey Valley (adverse witness) by Mr. Haynes. |
| 11:23 AM | Bench conference. |
| 11:28 AM | Bench conference concluded. |
| 11:28 AM | **Courtroom unsealed**. |
| 11:29 AM | Continuation cross examination of Mr. Jeffrey Valley (adverse witness) by Mr. Haynes. |
| 11:30 AM | Redirect examination of Mr. Jeffrey Valley (adverse witness) by Mr. Bennett. |
| 11:36 AM | Recross examination of Mr. Jeffrey Valley (adverse witness) by Mr. Haynes. |
| 11:38 AM | Completion of testimony of Mr. Jeffrey Valley (adverse witness). |
| 11:39 AM | Mr. Bennett introduced the video deposition of Mr. Jeffrey Jakab. |
| 11:54 AM | Video deposition of Mr. Jeffrey Jakab concluded. |
| 11:54 AM | Mr. Bennett introduced the video deposition of Mr. Mustapha Aissaoui. |
| 11:59 AM | Video deposition of Mr. Mustapha Aissaoui concluded. |
| 11:59 AM | Mr. Bennett introduced the video deposition of Mr. Alfred Nothaft. |
| 12:04 PM | Video deposition of Mr. Alfred Nothaft concluded. |
| 12:05 PM | Jury recessed for lunch break. |
| 12:06 PM | Recess. |
| 12:54 PM | Court reconvened. |
| 12:55 PM | Jury returned to courtroom. |
| 12:56 PM | Off the record. |
| 12:56 PM | On the record. |
| 12:56 PM | Witness sworn. |
| 12:57 PM | Direct examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 01:23 PM | **Courtroom sealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:23 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 02:45 PM | **Courtroom unsealed**. |
| 02:46 PM | Jury recessed for break. |
| 02:46 PM | Recess. |
| 03:01 PM | Court reconvened. |
| 03:02 PM | Jury returned to courtroom. |
| 03:03 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 03:06 PM | **Courtroom sealed**. |
| 03:06 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 03:08 PM | **Courtroom unsealed**. |
| 03:09 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 03:20 PM | Cross examination of Dr. Ricardo Valerdi by Mr. Haynes. |
| 03:51 PM | Bench conference. |
| 03:52 PM | Bench conference concluded. |
| 03:52 PM | Continuation cross examination of Dr. Ricardo Valerdi by Mr. Haynes. |
| 04:29 PM | Redirect examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 04:39 PM | **Courtroom sealed**. |
| 04:39 PM | Continuation redirect examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 04:41 PM | Bench conference. |
| 04:42 PM | Bench conference concluded. |
| 04:42 PM | Continuation redirect examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 04:46 PM | **Courtroom unsealed**. |
| 04:46 PM | Continuation redirect examination of Dr. Ricardo Valerdi by Mr. Pomeroy. |
| 04:49 PM | Recross examination of Dr. Ricardo Valerdi by Mr. Haynes. |
| 04:55 PM | **Courtroom sealed**. |
| 04:55 PM | Continuation recross examination of Dr. Ricardo Valerdi by Mr. Haynes. |
| 04;58 PM | **Courtroom unsealed**. |
| 04:58 PM | Completion of testimony of Dr. Ricardo Valerdi. |
| 04:58 PM | Mr. Bennett introduced the video deposition of Mr. Philippe Bergeon. |
| 05:05 PM | Video deposition of Mr. Philippe Bergeon concluded. |
| 05:06 PM | Bench conference. |
| 05:07 PM | Bench conference concluded. |
| 05:07 PM | Witness sworn. |
| 05:08 PM | Direct examination of Dr. Eric Cole by Mr. Liddle. |
| 05:41 PM | Court provided instructions to the Jury. |
| 05:42 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 05:43 PM | Court ordered the parties to meet and confer and jointly submit to the Court an updated proposed final jury instruction and verdict form by 6:00 PM tomorrow in Word format and electronically transmitted to Court staff. |
| 05:45 PM | Court reminded the parties of their ongoing meet and confer obligations. Court will be available by 7:30 AM tomorrow morning to take up any surviving overnight disputes. |
| 05:47 PM | Court adjourned until 8:30 AM tomorrow morning. |