# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SMART PATH CONNECTIONS LLC** | § |
| | § |
| v. | §    CASE NO. 2:22-CV-00296-JRG-RSP |
| | § |
| **NOKIA OF AMERICA CORPORATION** | § |

### MINUTES FOR JURY TRIAL DAY NO. 3
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 3, 2024

**OPEN: 08:28 AM**　　　　　　　　　　　　　　　　　　　　**ADJOURN: 05:33 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Christian Tatum<br>Joshua Scheufler<br>Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:29 AM | Exhibits used prior day to be read into the record at time of morning recess. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Plaintiff's case-in-chief: |
| 08:33 AM | Continuation direct examination of Dr. Eric Cole by Mr. Liddle. |
| 08:53 AM | Cross examination of Dr. Eric Cole by Mr. Frist. |
| 09:29 AM | Redirect examination of Dr. Eric Cole by Mr. Liddle. |
| 09:35 AM | Recross examination of Dr. Eric Cole by Mr. Frist. |
| 09:37 AM | Completion of testimony of Dr. Eric Cole. |
| 09:37 AM | Mr. Bennett introduced the video deposition of Mr. Herve Deseveaux. |
| 09:38 AM | **Courtroom sealed**. |
| 09:51 AM | Video deposition of Mr. Herve Deseveaux concluded. |
| 09:51 AM | **Courtroom unsealed**. |
| 09:52 AM | Jury recessed for break. |
| 09:52 AM | Recess. |
| 10:07 AM | Court reconvened. |
| 10:07 AM | Exhibits used prior day read into the record. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:10 AM | Jury returned to courtroom. |
| 10:10 AM | Mr. Bennett introduced the video deposition of Mr. Dhiren Patel. |
| 10:11 AM | **Courtroom sealed**. |
| 10:37 AM | Video deposition of Mr. Dhiren Patel concluded. |
| 10:37 AM | **Courtroom unsealed**. |
| 10:38 AM | Witness sworn. |
| 10:38 AM | Direct examination of Mr. Stephen Dell by Ms. Stahl. |
| 11:05 AM | **Courtroom sealed**. |
| 11:05 AM | Continuation direct examination of Mr. Stephen Dell by Ms. Stahl. |
| 11:33 AM | **Courtroom unsealed**. |
| 11:34 AM | Cross examination of Mr. Stephen Dell by Mr. Dacus. |
| 11:52 AM | **Courtroom sealed**. |
| 11:52 AM | Continuation cross examination of Mr. Stephen Dell by Mr. Dacus. |
| 12:29 PM | **Courtroom unsealed**. |
| 12:29 PM | Redirect examination of Mr. Stephen Dell by Ms. Stahl. |
| 12:36 PM | Recross examination of Mr. Stephen Dell by Mr. Dacus. |
| 12:36 PM | Completion of testimony of Mr. Stephen Dell. |
| 12:37 PM | Jury recessed for lunch break. |
| 12:38 PM | Recess. |
| 01:20 PM | Court reconvened. |
| 01:20 PM | Jury returned to courtroom. |
| 01:21 PM | Plaintiff rested its case-in-chief. |
| 01:21 PM | Defendant's case-in-chief: |
| 01:21 PM | Witness sworn. |
| 01:22 PM | Direct examination of Dr. Kevin Jeffay by Mr. Frist. |
| 02:08 PM | Bench conference |
| 02:10 PM | Bench conference concluded. |
| 02:10 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Frist. |
| 03:18 PM | Jury recessed for break. |
| 03:18 PM | Recess. |
| 03:42 PM | Court reconvened. |
| 03:42 PM | Jury returned to courtroom. |
| 03:43 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Frist. |
| 03:51 PM | **Courtroom sealed**. |
| 03:51 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Frist. |
| 04:05 PM | **Courtroom unsealed**. |
| 04:05 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Frist. |
| 04:49 PM | Cross examination of Dr. Kevin Jeffay by Mr. Breedlove. |
| 05:25 PM | Redirect examination of Dr. Kevin Jeffay by Mr. Frist. |
| 05:30 PM | Completion of testimony of Dr. Kevin Jeffay. |
| 05:31 PM | Court provided instructions to the jury. |
| 05:31 PM | Jury recessed until 8:30 AM tomorrow morning. |
| 05:32 PM | Court reminded counsel of this evening's 6:00 deadline for joint submission of final jury instruction and verdict form. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:32 PM | Court instructed the parties to continue with their meet and confer obligations. Court will be available by 7:30 AM tomorrow morning to take up any overnight disputes. |
| 05:33 PM | Court adjourned. |