# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SMART PATH CONNECTIONS LLC | § § | |
| v. | § § § | CASE NO. 2:22-CV-00296-JRG-RSP |
| NOKIA OF AMERICA CORPORATION | § | |

### MINUTES FOR JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 4, 2024

**OPEN: 08:30 AM**                                                            **ADJOURN: 04:17 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Christian Tatum <br> Joshua Scheufler <br> Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:32 AM | Continuation Defendant's case-in-chief: |
| 08:32 AM | Witness sworn. |
| 08:33 AM | Direct examination of Dr. Sandeep Chatterjee by Mr. Haynes. |
| 09:44 AM | Objection raised. |
| 09:45 AM | Jury retired to jury room. |
| 09:45 AM | Court heard argument outside presence of the jury. |
| 09:48 AM | Objection withdrawn. |
| 09:50 AM | Jury returned to courtroom. |
| 09:51 AM | Continuation direct examination of Dr. Sandeep Chatterjee by Mr. Haynes. |
| 09:51 AM | Cross examination of Dr. Sandeep Chatterjee by Mr. Bennett. |
| 10:17 AM | Redirect examination of Dr. Sandeep Chatterjee by Mr. Haynes. |
| 10:22 AM | Completion of testimony of Dr. Sandeep Chatterjee. |
| 10:22 AM | Jury recessed for break. |
| 10:23 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:33 AM | Court reconvened. |
| 10:34 AM | Jury returned to courtroom. |
| 10:36 AM | Mr. Dacus introduced the video deposition of Mr. Yehuda Binder. |
| 10:41 AM | Video deposition of Mr. Yehuda Binder concluded. |
| 10:41 AM | Witness sworn. |
| 10:42 AM | Direct examination of Ms. Melissa Bennis by Mr. Dacus. |
| 10:54 AM | **Courtroom sealed**. |
| 10:54 AM | Continuation direct examination of Ms. Melissa Bennis by Mr. Dacus. |
| 11:19 AM | Cross examination of Ms. Melissa Bennis by Ms. Stahl. |
| 11:49 AM | Bench conference. |
| 11:49 AM | Bench conference concluded. |
| 11:50 AM | Court instructed jury to disregard a portion of cross examination testimony. |
| 11:50 AM | Continuation cross examination of Ms. Melissa Bennis by Ms. Stahl. |
| 12:03 PM | Redirect examination of Ms. Melissa Bennis by Mr. Dacus. |
| 12:08 PM | Recross examination of Ms. Melissa Bennis by Ms. Stahl. |
| 12:09 PM | Completion of testimony of Ms. Melissa Bennis. |
| 12:09 PM | **Courtroom unsealed**. |
| 12:10 PM | Jury recessed for lunch break. |
| 12:10 PM | Recess. |
| 12:53 PM | Court reconvened. |
| 12:54 PM | Jury returned to courtroom. |
| 12:55 PM | Defendant rested its case-in-chief: |
| 12:55 PM | Plaintiff's rebuttal case: |
| 12:55 PM | Direct examination of rebuttal witness Dr Eric Cole by Mr. Liddle. |
| 01:18 PM | Cross examination of rebuttal witness Dr Eric Cole by Mr. Frist. |
| 01:40 PM | Completion of rebuttal testimony of Dr. Eric Cole. |
| 01:40 PM | Direct examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Bennett. |
| 01:58 PM | **Courtroom sealed**. |
| 01:58 PM | Continuation direct examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Bennett. |
| 02:08 PM | **Courtroom unsealed**. |
| 02:09 PM | Continuation direct examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Bennett. |
| 02:09 PM | Cross examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Haynes. |
| 02:35 PM | Bench conference. |
| 02:35 PM | Bench conference concluded. |
| 02:35 PM | Continuation cross examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Haynes. |
| 02:40 PM | Redirect examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Bennett. |
| 02:45 PM | Completion of rebuttal testimony of Dr. Ricardo Valerdi. |
| 02:45 PM | Plaintiff rested its rebuttal case. |
| 02:46 PM | Both sides rested. |
| 02:46 PM | Bench conference. |
| 02:47 PM | Bench conference concluded. |
| 02:47 PM | Court provided instructions to Jury. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:54 PM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 02:54 PM | Court will take up Rule 50(a) motions following recess. |
| 02:58 PM | Recess. |
| 03:23 PM | Court reconvened. |
| 03:24 PM | Court took up Rule 50(a) motions. |
| 03:24 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 03:28 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:14 PM | Argument concluded. |
| 04:15 PM | Court made rulings as set forth in the record. |
| 04:15 PM | Completion of hearing re: Rule 50(a) motions. |
| 04:15 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 04:15 PM | Court to conduct formal charge conference at 8:00 AM tomorrow morning. |
| 04:17 PM | Recess. |