**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SMART PATH CONNECTIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00296-JRG |
| | § | |
| NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Smart Path"** or **"SPC"** refers to Plaintiff Smart Path Connections LLC.
- **"Nokia"** refers to Defendant Nokia of America Corp.
- **"Orckit-Corrigent"** refers collectively to the prior owner of the Asserted Patents Orckit Communication LTD, Orckit-Corrigent LTD, and/or Corrigent Systems LTD.
- The **"'599 Patent"** refers to U.S. Patent No. 7,551,599.
- The **"'580 Patent"** refers to U.S. Patent No. 7,463,580.
- The **"'010 Patent"** refers to U.S. Patent No. 7,386,010.
- **"Asserted Claims"** refers collectively to '010 Patent claims 1 and 3; '580 Patent claims 12 and 15; and '599 Patent claim 59.
- **"Asserted Patents"** refers collectively to '010 Patent, '580 Patent, and '599 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**QUESTION NO. 1**

Did Smart Path prove by a preponderance of the evidence that Nokia infringed **ANY** of the following Asserted Claims of the Asserted Patents?

**Answer "Yes" or "No" for each Asserted Patent listed below.**

Claim 59 of the '599 Patent:

Yes: _______ **OR** No: ✓

Claim 12 and/or 15 of the '580 Patent:

Yes: ✓ **OR** No: _______

Claim 1 and/or 3 of the '010 Patent:

Yes: _______ **OR** No: ✓

## QUESTION NO. 2

Did Nokia prove by clear and convincing evidence that ANY of the following Smart Path Asserted Claims are **invalid** as **obvious**?

**Answer "Yes" or "No" for each Asserted Claim listed below.**

The '580 Patent:

Claim 12 Yes: ✓ **OR** No: _______

Claim 15 Yes: ✓ **OR** No: _______

The '010 Patent:

Claim 1 Yes: ✓ **OR** No: _______

Claim 3 Yes: ✓ **OR** No: _______

**If the answer is NO to every question in Question No. 1, then your deliberations are complete and your foreperson should sign this verdict form (page 11) and notify the Court that you have reached your verdict. Do not answer Question Nos. 3, 4, and 5.**

**For any Asserted Patent that is BOTH INFRINGED (YES on Question No. 1) and is NOT INVALID (NO on Question No. 2) proceed to answer the following Question Nos. 3, 4, and 5.**

## QUESTION NO. 3

Has Smart Path proven by a preponderance of the evidence that that the previous owner of the Asserted Patents, Orckit-Corrigent, satisfied the marking requirements?

**Please answer "Yes" or "No" below:**

Yes: _______ **OR** No: _______

**<u>If the answer to Question No. 3 is NO, proceed to answer Question No. 4a and do NOT answer Question Nos. 4b, 4c, and 4d. If the answer to Question No. 3 is YES, proceed to answer Question Nos. 4b, 4c, and 4d and do NOT answer Question No. 4a.</u>**

## QUESTION NO. 4a

If you find that Smart Path failed to prove by a preponderance of the evidence that the marking requirements were satisfied ("NO" to Question No. 3) and you find that Nokia infringed at least one claim of the Asserted Patents, what sum of money, if paid now in cash, has Smart Path proven by a preponderance of the evidence would compensate it for its damages for infringement beginning on the date the complaint was filed (being August 3, 2022)?

Answer in United States Dollars and Cents, if any:

$______________________________________________

**If you answered Question No. 4a, do NOT answer Question Nos. 4b, 4c, and 4d. If you did not answer Question No. 4a, proceed to answer Question Nos. 4b, 4c, and 4d.**

## QUESTION NO. 4b

If you find that Smart Path proved by a preponderance of the evidence that the marking requirements were satisfied ("YES" to Question No. 3) and you find that Nokia infringed at least one claim of the '599 Patent, what sum of money, if paid now in cash, has Smart Path proven by a preponderance of the evidence would compensate it for its damages for infringement of the '599 Patent beginning as of August 3, 2016?

Answer in United States Dollars and Cents, if any:

$ ______________________________

'599 Patent

**QUESTION NO. 4c**

If you find that Smart Path proved by a preponderance of the evidence that the marking requirements were satisfied ("YES" to Question No. 3) and you find that Nokia infringed at least one claim of the '580 Patent, what sum of money, if paid now in cash, has Smart Path proven by a preponderance of the evidence would compensate it for its damages for infringement of the '580 Patent beginning as of August 3, 2016?

Answer in United States Dollars and Cents, if any:

$ ________________________________________

'580 Patent

**QUESTION NO. 4d**

If you find that Smart Path proved by a preponderance of the evidence that the marking requirements were satisfied ("YES" to Question No. 3) and you find that Nokia infringed at least one claim of the '010 Patent what sum of money, if paid now in cash, has Smart Path proven by a preponderance of the evidence would compensate it for its damages for infringement of the '010 Patent beginning as of August 3, 2016?

Answer in United States Dollars and Cents, if any:

$ ________________________________________

'010 Patent

**If you answered Question No. 4a or if you answered any of Questions Nos. 4b, 4c, and 4d, then proceed to answer Question No. 5.**

## QUESTION NO. 5

Are the reasonable royalties that you found in Question No. 4a or in Question Nos. 4b, 4c, and/or 4d, if any, Running Royalties or a one-time Lump Sum payment for the life of the patent(s)?

Running royalties: ________ **OR** Lump sum payment: ________

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 5 day of April 2024.

____________________________________

Jury Foreperson