IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART PATH CONNECTIONS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § CIVIL ACTION NO. 2:22-CV-00296-JRG <br> § <br> NOKIA OF AMERICA CORPORATION, § <br> § <br> *Defendant*. § | |

## FINAL JUDGMENT

A jury trial commenced in the above-captioned case on April 1, 2024. On April 5, 2024, the jury reached and returned its unanimous verdict finding that Defendant Nokia of America Corporation ("Defendant") did not infringe claim 59 of U.S. Patent No. 7,551,599 and claims 1 and 3 of U.S. Patent No. 7,386,010, that Defendant did infringe claim 12 and/or 15 of U.S. Patent No. 7,463,580, and that claims 12 and 15 of U.S. Patent No. 7,463,580 and claims 1 and 3 of U.S. Patent No. 7,386,010 were invalid. (Dkt. No. 296 at 4-5).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant has not infringed claim 59 of U.S. Patent No. 7,551,599 and claims 1 and 3 of U.S. Patent No. 7,386,010;

2. Defendant has infringed claim 12 and/or 15 of U.S. Patent No. 7,463,580;

3.  Claims 12 and 15 of the U.S. Patent No. 7,463,580 and claims 1 and 3 of U.S. Patent No. 7,386,010 are invalid; and

4.  Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendant is the prevailing party in this case and shall recover their costs from Plaintiff Smart Path Connections, LLC. Defendant is directed to file its proposed Bill of Costs.

5.  In light of these findings by the jury, **IT IS ORDERED AND DECREED** that Plaintiff take nothing from Defendant.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

**So ORDERED and SIGNED this 17th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE